1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00133-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DETENTION HEARING AND STATUS CONFERENCE FOR GOOD CAUSE; ORDER |
| OCIEL CANO-REBOLLAR, | |
| Defendant. | DATE: December 13, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, submit this stipulation to continue the detention hearing and status conference in this matter, and to find good cause for doing so:

1. Defense counsel and the United States are in the process of finalizing a Rule 20 transfer of this matter from the Southern District of California to the Eastern District of California. The Rule 20, if/when approved by the parties and the Court, should expedite resolution for the parties. Given that Rule 20 requires approval by the United States Attorneys from both Districts and then requires the Clerk's Office in the transferring district to send the file or certified copy to the clerk in the transferee district, additional time is required.

///

///

///

STIPULATION

1

2. Accordingly the parties request the Court continue the December 13, 2024 detention hearing and status conference to Tuesday, December 17, 2024 at 2:00 pm, and find good cause for doing so.

Dated: December 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: December 13, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ Griffin Estes
Griffin Estes
Assistant Federal Defender
Counsel for Defendant

STIPULATION

2

**ORDER**

The parties request for continuance is DENIED without prejudice. At the last hearing, the attorneys were informed to communicate with the Court in sufficient time to avoid the United Staes Marshal from transporting the defendant from CVA in McFarland, California. The attorneys were well aware of "the 3:00 pm cut the day before" as that had been discussed at the previous hearing. Additionally, the attorneys were advised that if the paperwork was not available for the Friday hearing that they again should continue the case to avoid transport by the United States Marshal. They did not do this. Defendant was on his way to the Court when the Court received this stipulation. Therefore, the attorneys shall personally appear in Court today and answer why they should not be sanctioned for providing late notice of the continuance.

IT IS SO ORDERED.

Dated: __December 13, 2024__

STANLEY A. BOONE
United States Magistrate Judge