1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  GRIFFIN ESTES, SBN #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6

7  Attorneys for OCIEL CANO-REBOLLAR

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:24-MJ-00133-SKO |
12 | Plaintiff, | |
13 | v. | STIPULATION TO RESET CHANGE OF PLEA HEARING; ORDER |
14 | OCIEL CANO-REBOLLAR, | DATE: December 19, 2024 |
15 | Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, submit this stipulation to reset the change of plea hearing:

19     1.  This matter is set for a change of plea hearing on December 19, 2024. ECF Dckt. # 11.

20     2.  Consent to transfer the case to this district has been lodged on the docket. ECF Dckt. # 11.

21     3.  Accordingly, the parties request the Court move up the December 19, 2024, plea hearing to

22         Tuesday, December 17, 2024 at 2:00 pm, and find good cause for doing so.

STIPULATION                             1

Dated:  December 16, 2024          PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ JEFFREY A. SPIVAK
                                   JEFFREY A. SPIVAK
                                   Assistant United States Attorney


Dated:  December 16, 2024          HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ GRIFFIN ESTES
                                   GRIFFIN ESTES
                                   Assistant Federal Defender
                                   for OCIEL CANO-REBOLLAR


**ORDER**

Finding Good Cause, the plea hearing and currently set for December 19, 2024 is hereby advanced to December 17, 2024 at 2:00 pm.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **December 16, 2024**

                                   STANLEY A. BOONE
                                   United States Magistrate Judge